# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SWAN CATERERS, INC. and SWAN WATERFALL CATERERS, INC. d/b/a SWAN CATERERS | : <br> : <br> : <br> : CIVIL ACTION |
| v. | : <br> : NO. 12-cv-00024 |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | : <br> : |

## ORDER

**AND NOW**, this 13th day of November 2012, upon careful consideration of Nationwide Mutual Fire Insurance Company's ("Nationwide") motion for summary judgment, Swan Caterers' opposition thereto, and Nationwide's reply, **IT IS HEREBY ORDERED** that the motion for summary judgment is **GRANTED** and judgment is entered in favor of defendant Nationwide Mutual Fire Insurance Company and against plaintiffs Swan Caterers, Inc., and Swan Waterfall Caterers, Inc. d/b/a/ Swan Caterers.

                                                                           s/ William H. Yohn Jr.
                                                                            William H. Yohn Jr., Judge